IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NATIONAL FIRE & MARINE INSURANCE COMPANY,

Plaintiff,

vs.

SUMMIT VIEW LUXE, LLC,

Defendant.

**8:26CV237**

**ORDER**

This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 28th day of May, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge